AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Feb 24, 2021**

SEAN F. McAVOY, CLERK

JAMES BERG,

*Plaintiff*

v.

CR BARD, INCORPORATED; and BARD PERIPHERAL VASCULAR INCORPORATED,

*Defendant*

Civil Action No. 1:19-CV-3216-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   Defendants' Motion for Partial Summary Judgment, ECF No. 48, is GRANTED. Judgment is entered in Defendants' favor regarding Plaintiff's claims alleging manufacturing defect; breach of warranty; negligent misrepresentation; fraudulent misrepresentation; fraudulent concealment; negligence per se, negligent manufacture, negligent failure to warn, and punitive damages.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Rosanna Malouf Peterson   on a motion for partial summary judgment.

Date:  2/24/2021

*CLERK OF COURT*

SEAN F. McAVOY

s/ Courtney Piazza

*(By) Deputy Clerk*