The Honorable Rosanna Malouf Peterson

Christopher W. Tompkins, WSBA #11686
Natasha A. Khachatourians, WSBA #42685
Betts Patterson & Mines, P.S.
One Convention Pl., 701 Pike St., Ste. 1400
Seattle, Washington 98101-3927
Telephone: 206-292-9988

James F. Rogers, admitted pro hac vice
Joseph E. Fornadel, admitted pro hac vice
Nelson Mullins Riley & Scarborough, LLP
1320 Main Street, 17th Floor, Meridian
Columbia, SC 29201
Telephone: (803) 799-2000
Attorneys for Defendant C R Bard Incorporated
and Bard Peripheral Vascular Incorporated

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON
## AT YAKIMA

| | |
|---|---|
| JAMES BERG, ) | No.:  1:19-CV-03216-RMP |
| ) | |
| Plaintiffs, ) | **JOINT MOTION TO** |
| ) | **CONTINUE ALL PENDING** |
| v. ) | **DEADLINES** |
| ) | |
| C. R. BARD INCORPORATED, ) | |
| BARD PERIPHERAL VASCULAR, ) | **05/15/2021** |
| INCORPORATED, ) | **Without Oral Argument** |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

JOINT
MOTION TO CONTINUE
ALL PENDING DEADLINES           - 1 -
No. 1:19-CV-03216-RMP

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

On April 14, 2021, the Court informed the parties that, "due to unforeseen delays by the General Services Administration," the courtrooms reserved in the Spokane courthouse for the jury trial of this case are unavailable for the scheduled trial date of May 10, 2021.

Accordingly, Plaintiff James Berg and Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. (collectively "Bard") move the Court to continue all pending deadlines, including the pretrial conference date and trial date, until such time that the Court enters an amended scheduling order. To that end, the Court set a status conference on April 23, 2021. (ECF No. 139.)

As indicated in the current scheduling order, "[p]ursuant to Fed. R. Civ. P. 16, this schedule shall not be modified unless the Court finds good cause to grant leave for modifications." (ECF No. 92 at 8.) "For purposes of Rule 16, 'good cause' means the scheduling deadlines cannot be met despite the party's diligence." *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992). The parties have diligently complied with the schedule set out in ECF No. 92 and request this continuance only due to circumstances outside of the parties' control.

JOINT
MOTION TO CONTINUE
ALL PENDING DEADLINES                    - 2 -

No. 1:19-CV-03216-RMP

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

Respectfully submitted this 15th day of April, 2021.

**ATTORNEYS FOR PLAINTIFF**

/s/ Cameron E. Dean_____
**Ben C Martin**
Martin Baughman PLLC
3141 Hood Street, Ste 600
Dallas, TX 75219
214-761-6614
Email:
bmartin@martinbaughman.com

**Colette Jeanine McEldowney**
Dalimonte Rueb Stoller LLP
515 Figueroa Street
Suite 1550
Los Angeles, CA 91504
833-443-7529
Email: colette@drlawllp.com

**Thomas Wm. Arbon**
Martin Baughman, PLLC
3141 Hood Street, Ste 600
Dallas, TX 75219
214-761-6614
Email: tarbon@martinbaughman.com

**Cameron E Dean**
Martin Baughman PLLC
3141 Hood Street Suite 600
Dallas, TX 75219
214-761-6614
Email: cdean@martinbaughman.com

**ATTORNEYS FOR DEFENDANTS**

/s/ Joseph E. Fornadel, III_____
**Christopher W. Tompkins**
ctompkins@bpmlaw.com
Betts Patterson & Mines, PS
701 Pike Street
Suite 1400
Seattle, WA 98101-3927
T: (206) 292-9988

**Natasha A. Khachatourians**
Nkhachatourians@bpmlaw.com
Betts Patterson & Mines, PS
One Convention Place
701 Pike Street
Suite 1400
Seattle, WA 98101-3927
T: (206) 292-9988

**James F. Rogers** (admitted pro hac vice)
jim.rogers@nelsonmullins.com
Nelson Mullins Riley & Scarborough, LLP
1320 Main Street, 17th Floor
Meridian Building
Columbia, SC 29201
T: (803) 799-2000

**Joseph E. Fornadel, III** (admitted pro hac vice)
Joe.fornadel@nelsonmullins.com

JOINT
MOTION TO CONTINUE
ALL PENDING DEADLINES          - 3 -

No. 1:19-CV-03216-RMP

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

**Jason J Joy**
The Law Offices of Jason J Joy PLLC
909 Texas Street Suite 1801
Houston, TX 77002
713-221-6500
Email: jason@jasonjoylaw.com

**Julie L Rhoades**
Martin Baughman PLLC
3141 Hood Street Suite 600
Dallas, TX 75219
214-761-6614
Email:
jrhoades@martinbaughman.com

**Laura J Baughman**
Martin Baughman PLLC
3141 Hood Street Suite 600
Dallas, TX 75219
214-761-6614
Email:
lbaughman@martinbaughman.com

**Mark S O'Connor**
Beus Gilbert McGroder PLLC
701 North 44th Street
Phoenix, AZ 85008
480-429-3019
Email: moconnor@beusgilbert.com

Nelson Mullins Riley & Scarborough,
LLP
1320 Main Street, 17th Floor
Meridian Building
Columbia, SC 29201
T: (803) 799-2000

**Elizabeth C. Helm** (admitted pro hac
vice)
kate.helm@nelsonmullins.com
Nelson Mullins Riley & Scarborough
LLC
201 17th Street NW, Suite 1700
Atlanta, GA 30363
404-322-6000

**Matthew B. Lerner** (admitted pro hac
vice)
matthew.lerner@nelsonmullins.com
Nelson Mullins Riley & Scarborough
LLC
201 17th Street NW, Suite 1700
Atlanta, GA 30363
404-322-6000

**Richard B. North, Jr.** (admitted pro
hac vice)
richard.north@nelsonmullins.com
Nelson Mullins Riley & Scarborough
LLC Atlanta, GA

JOINT
MOTION TO CONTINUE
ALL PENDING DEADLINES          - 4 -

No. 1:19-CV-03216-RMP

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

# CERTIFICATE OF SERVICE

I, James F. Rogers, hereby certify that on April 15, 2021, I electronically filed the following:

- **Joint Motion To Continue All Pending Deadlines**

with the Court using the CM/ECF system which will send notification of such filing to the following:

***Counsel for Plaintiff James Berg***
p

DATED this 15th day of April, 2021.

<u>   *s/  James F. Rogers*              </u>
James F. Rogers

JOINT
MOTION TO CONTINUE
ALL PENDING DEADLINES            - 5 -

No. 1:19-CV-03216-RMP

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988