# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| JAMES BERG, | Case No. | 1:19-CV-03216-RMP |
| Plaintiff, | CIVIL MINUTES | |
| -vs- | DATE: | APRIL 23, 2021 |
| C R BARD INCORPORATED, et al., | LOCATION: | SPOKANE VIDEO |
| Defendants. | STATUS CONFERENCE | |

| Hon. Rosanna Malouf Peterson | | |
|---|---|---|
| Penny Lamb | LC2 | Ronelle Corbey |
| **Courtroom Deputy** | **Law Clerk** | **Court Reporter** |
| Ben C. Martin<br>Jason Joy | Elizabeth (Kate) C. Helm<br>Natasha A. Khachatourians<br>Matthew B. Lerner<br>Joseph E. Fornadel | |
| **Plaintiff's Counsel** | **Defendants' Counsel** | |

**[ X ]  Open Court**          **[   ]  Chambers**          **[ X ]  Telecon**

Initial comments by Court:  The Court explained the reasons for the need to continue the trial.  The Court provided several different dates for the parties to consider.

Mr. Martin addressed the Court on behalf of Plaintiffs and indicated that out of the dates the Court provided, he believed November 2021 would be the best choice.

Ms. Helm addressed the Court on behalf of Defendants and indicated that Defendants could be available for trial on June 7, 2021, but indicated she understood Mr. Martin's position and agreed that they could make November 8, 2021 work.  The Court will issue an Amended Scheduling Order, scheduling the trial for November 8, 2021, in Spokane.

The Court asked counsel if there were any pretrial deadlines that they wanted to discuss or if those should just be put in the Amended Scheduling Order.  Mr. Martin said he and Ms. Helm could discuss those off-line, and Ms. Helm agreed to that.  Ms. Helm did state that with respect to the objections to deposition designations, that those could change dramatically based on the Court's ruling on the motions in limine and asked if the Court could work in a deadline or have a hearing on the motions in limine and rule on those before they submit the deposition designations to the Court.  Mr. Martin had no objection to that suggestion.  The Court advised counsel to confer on a date for the hearing on the motions in limine and to contact Ms. Lamb to get that set up.

**[ X ]  ORDER FORTHCOMING**

| CONVENED:  1:31 P.M. | ADJOURNED:  1:42 P.M. | TIME:  0:11 HR. | CALENDARED  [ X ] |