FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 03, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES BERG,<br><br>    Plaintiff,<br><br>    v.<br><br>C.R. BARD INCORPORATED, BARD PERIPHERL VASCULAR, INCORPORATED,<br><br>    Defendants. | No. 1:19-CV-03216-SAB<br><br>**ORDER DISMISSING ACTION** |

    Before the Court is the parties' Joint Stipulation of Dismissal Without Prejudice, ECF No. 156. Plaintiff is represented by Thomas Arbon, Laura Baughman, Jason Joy, Ben Martin, Collette McEldowney, Mark O'Connor, Julie Rhoades and Cameron Dean. Defendants are represented by Joseph Fornadel, Elizabeth Helm, Natasha Khachatourians, Matthew Lerner, Richard North, James Rogers, and Christopher Tompkins.

    The parties agree and stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned case be dismissed without prejudice against all Defendants, with each party to bear their own costs.

//
//
//
//
//
//

**ORDER DISMISSING ACTION ~** 1

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Joint Stipulation of Dismissal Without Prejudice ECF No. 156, is **GRANTED**.

2. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above-captioned case is **dismissed** without prejudice against all Defendants, with each party to bear their own costs.

**IT IS SO ORDERED**. The District Court Executive is hereby directed to file this Order, provide copies to counsel, and **close** the file.

**DATED** this 3rd day of February 2022.



Stanley A. Bastian
Chief United States District Judge

**ORDER DISMISSING ACTION ~ 2**